IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES GRASS,

    Plaintiff,

v.                                        Civ. No. 20-00065 JAP/SMV

ANDREW M. SAUL,
*Commissioner of the Social Security*
*Administration*,

    Defendant.

## ORDER OF REFERENCE RELATING TO
## SOCIAL SECURITY APPEALS

In accordance with the provisions of 28 U.S.C. §§ 636(b)(1)(B), (b)(3), and *Virginia Beach Fed. Sav. & Loan Ass'n v. Wood*, 901 F.2d 849 (10th Cir. 1990), this case is referred to United States Magistrate Judge Stephan M. Vidmar to conduct hearings, if warranted, including evidentiary hearings, and to perform any legal analysis required to recommend to the Court an ultimate disposition of the case. The Magistrate Judge will submit an analysis, including findings of fact, if necessary, and recommended disposition, to the District Judge assigned to the case, with copies provided to the parties. The parties will be given the opportunity to object to the proposed findings, analysis and disposition as described in 28 U.S.C. § 636(b)(1)(C). Objections must be filed within fourteen (14) days after being served with a copy of the proposed disposition.

_____
SENIOR UNITED STATES DISTRICT JUDGE