## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**JAMES GRASS,**

    **Plaintiff,**

**v.**                                                        **No. 20-cv-0065 JAP/SMV**

**ANDREW SAUL,**
**Commissioner of the Social Security Administration,**

    **Defendant.**

## ORDER SETTING BRIEFING SCHEDULE

THIS MATTER is before the Court for scheduling, and IT IS HEREBY ORDERED that:

(1)    Plaintiff must file a Motion to Reverse or Remand Administrative Agency Decision with Supporting Memorandum no later than **March 23, 2021**;

(2)    Defendant must file a Response no later than **May 18, 2021**;

(3)    Plaintiff may file a Reply no later than **June 15, 2021**;

(4)    All supporting memoranda filed pursuant to this Order must cite the transcript or record by page number in support of assertions of fact and must cite authority in support of propositions of law; and

(5)    All requests for extensions of time altering the deadlines set in this Order must be made through a motion to the Court. If the parties concur in seeking an extension of time, they shall submit a stipulated proposed order for Court approval.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**