IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAMES GRASS,

    Plaintiff,

v.                                                                                        No. 20-cv-0065 JAP/SMV

ANDREW SAUL,
**Commissioner of the Social Security Administration,**

    Defendant.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. Plaintiff filed this action pro se on January 22, 2020, appealing the final decision of the Social Security Administration to assess an overpayment. [Doc. 1]. The Court set a briefing schedule, and Plaintiff's Motion to Reverse or Remand Administrative Agency Decision with Supporting Memorandum ("Motion") was due no later than March 23, 2021. [Doc. 32]. To date, Plaintiff has neither filed a Motion nor requested an extension of time to do so.

**IT IS THEREFORE ORDERED** that Plaintiff show cause no later than **May 6, 2021**, why his case should not be dismissed without prejudice for failure to prosecute his claims and comply with a court order. *See* Fed. R. Civ. P. 41(b); D.N.M.LR-Civ. 41.1.

**IT IS SO ORDERED.**

                                                                                           **STEPHAN M. VIDMAR**
                                                                                           **United States Magistrate Judge**